**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-74-R**


GERARD HILLIARD                                                                PLAINTIFF

V.

DYNAMIC RECOVERY SERVICES, INC.                                DEFENDANT


## *ORDER OF DISMISSAL*


The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.



cc: Counsel